UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHNNIE B. DENNIS,**

Petitioner,

v.  Case No: 6:17-cv-1458-Orl-18KRS

**RITA PRITCHETT,**

Respondent.

## ORDER

This cause came on for consideration on Johnnie B. Dennis's ("Dennis") Motion for Leave to Proceed In Forma Pauperis (the "Motion") (Doc. 2), which was referred to the United States Magistrate Judge for a report and recommendation. On August 9, 2017, United States Magistrate Judge Karla R. Spaulding entered a Report and Recommendation (Doc. 3), wherein she recommends that Dennis's case be dismissed for lack of subject matter jurisdiction. (*Id.* at 3.) Dennis filed a Notice of Objection to Report and Recommendation: Motion to Set Aside on August 18, 2017 (the "Objections") (Doc. 7).

After review of the Report and Recommendation and other filings in this case, and de novo review of Dennis's objections to the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 3) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Johnnie B. Dennis's Complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk of Court is **DIRECTED** to terminate Plaintiff Johnnie B. Dennis's Notice of Objection to Report and Recommendation: Motion to Set Aside (Doc. 7) and to thereafter **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida, this 22 day of September, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Unrepresented Parties